# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES J. DONELON
COMMISSIONER OF INSURANCE
FOR THE STATE OF LOUISIANA,
IN HIS CAPACITY AS
REHABILITATOR OF LOUISIANA
HEALTH COOPERATIVE, INC.

VERSUS

TEERY S. SHILLING, GEORGE G.
CROMER, WARNER L. THOMAS,
IV, WILLIAM A. OLIVER,
CHARLES D. CALVI, PATRICK C.
POWERS, CGI TECHNOLOGIES AND
SOLUTIONS, INC., GROUP
RESOURCES INCORPORATED, BEAM
PARTNERS, LLC, MILLIMAN,
INC., BUCK CONSULTANTS, LLC,
AND TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

NO.  2020 CW 1111

DECEMBER 30, 2020

In Re:    Buck  Global,  LLC  f/k/a  Buck  Consultants,  LLC,
          Milliman,  Inc.,  Group  Resources  Incorporated,  Allied
          World  Specialty  Insurance  Company  f/k/a  Darwin
          National  Assurance  Company,  Atlantic  Specialty
          Insurance  Company,  Evanston  Insurance  Company,  RSUI
          Indemnity  Company,  Inc.  and  Zurich  American  Insurance
          Company,  applying  for  supervisory  writs,  19th  Judicial
          District  Court,  Parish  of  East  Baton  Rouge,  No.
          651069.

BEFORE:    McCLENDON, PENZATO, AND LANIER, JJ.

    WRIT DENIED.

PMc
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT